# EXHIBIT A

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☑ EEOC | 530-2019-05075 |

| **Pennsylvania Human Relations Commission** | and EEOC |
|---|---|

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| Marnie O'Brien | (856) 803-8401 | 11/27/1969 |

| Street Address | City, State and ZIP Code | | |
|---|---|---|---|
| 81 Forest Court | Mantua | NJ | 08051 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| Middle East Forum | 15 | (215) 546-5406 |

| Street Address | City, State and ZIP Code | | |
|---|---|---|---|
| 1650 Market Street #3600 | Philadelphia | PA | 19103 |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|

| Street Address | City, State and ZIP Code |
|---|---|

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE   ☐ COLOR   ☑ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☑ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest                Latest

☑ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

Marnie O'Brien has worked for The Middle East Forum, Respondent, for the last three years. She works as the Director of Finance and Administration. Her job duties include reviewing Respondent's finances and insurance agreements and handling human resource issues.

Throughout her employment with Respondent Ms. O'Brien has been subjected to crude comments from Gregg Roman, director. He would make comments to her such as "I like older women" or "non-Jewish women were made for sex." These comments made Ms. O'Brien feel extremely uncomfortable.

In or around September 2018, Ms. O'Brien and Mr. Roman went to dinner to discuss the office, staff and operations. During the dinner, Mr. Roman discussed various inappropriate topics that were unrelated to work, specifically, sex, relationships, and current problems he was having with his wife. Later in the dinner, he informed Ms. O'Brien that he had forgotten papers at the office. Mr. Roman asked Ms. O'Brien three times to drive back to the office with him. He continued to make advances throughout the dinner. After his continuous advances, Ms. O'Brien outright told him she was not going to sleep with him. She never went to the office with him that night and she never attended another dinner meeting.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 7/24/2019          *Marnie O'Brien*<br>Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☑ EEOC | |

| **Pennsylvania Human Relations Commission** | and EEOC |
|---|---|
| *State or local Agency, if any* | |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet)*

A few weeks later, Mr. Roman invited Ms. O'Brien on a business trip to Israel with him. When Ms. O'Brien inquired about the accommodations, he told he had rented an AirBnB for just the two of them to share. Once again feeling uneasy about Mr. Roman, Ms. O'Brien declined to go, as she did not feel comfortable sharing living quarters with him. Because of his inappropriate advances, Ms. O'Brien missed out on the opportunity to further her career and participate on the business trip.

When Ms. O'Brien declined Mr. Roman's invitation, Mr. Roman invited Lisa Barbounis, an Administrative Assistant, to go with him. When Ms. Barbounis returned from Israel, she made a comment to Ms. O'Brien about the "shit [Mr. Ronan] pulled in Israel." When Ms. O'Brien inquired about this comment, Ms. Barbounis did not address the trip again. Later, when Ms. O'Brien was speaking to Mr. Roman about the trip, he told Ms. O'Brien that Ms. Barbounis hit on him. Coincidentally, soon after her trip to Israel, Mr. Roman asked Ms. O'Brien to act within her administrative duties and to document everything Ms. Barbounis did wrong while working for Respondent including when she was late or when she spoke too loudly. Ms. O'Brien was directed by Mr. Roman to look for reasons to discipline Ms. Barbounis.

Additionally, when he returned from Israel, Mr. Roman mentioned how he brought Leah Merville, young, female intern to Israel with him. While there, he deliberately left her internship papers in his hotel room and brought her to his room to retrieve the papers. Prior to this, Mr. Roman had brought Ms. Merville to Israel once before and boasted about sleeping with her.

On October 30, 2018, Ms. O'Brien and Ms. Barbounis got into an argument due to Ms. O'Brien continuing to document Ms. Barbounis' minor mishaps.

The next day, October 31, 2018, Ms. O'Brien arranged to meet with Ms. Barbounis to address the argument that happened the previous day. At this meeting, Ms. Barbounis informed Ms. O'Brien that when she went to Israel with Mr. Roman, Mr. Roman tried to sleep with her. She further told Ms. O'Brien that while she was in Israel with Mr. Roman, she was so afraid of him that she slept with a knife under her pillow.

Upon hearing this information, on November 1, 2018, Ms. O'Brien wrote a letter to Daniel Pipes, Respondent's president, to address how Mr. Roman came onto her when they went to dinner, how Mr. Roman tried sleeping with Ms. Barbounis and how Mr. Roman slept with Ms. Merville, young, female intern, when she went to Israel. She notified Dr. Pipes that she had been directed to search for reasons to discipline Ms. Barbounis upon their return from Israel.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| | SIGNATURE OF COMPLAINANT |
| 7/24/2019 *Date*          *Marnie O'Brien* *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE*(month, day, year)* |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☑ EEOC | |

| Pennsylvania Human Relations Commission | and EEOC |
|---|---|
| State or local Agency, if any | |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet)

As a result of Ms. O'Brien's letter, on November 5, 2018, Dr. Pipes held a staff meeting, inviting Mr. Roman, Ms. O'Brien, Ms. Barbounis, Marc Fink, legal project director, Tricia McNulty, event coordinator, Caitriona Brady, Development Assistant, Stacey Roman, Mr. Roman's sister, Thelma Prosser and Matthew Bennet, director, to address the accusations against Mr. Roman. Interestingly, Mr. Roman did not attend the meeting, but his sister Stacey did. Additionally, at the meeting, Dr. Pipes introduced a new non-disclosure agreement, which contained a section stating that employees could not talk to anyone about any wrongdoings of company officers. Mr. Roman was a company officer.

On November 5, 2018, Dr. Pipes changed Mr. Roman's job duties so that Mr. Roman would no longer work on-site. Rather, Mr. Roman worked remotely.

In March 2019, a position opened and the administrative staff considered giving the position to Mr. Roman. On March 9, 2019, Dr. Pipes held a meeting with Mr. Roman, Ms. O'Brien, Ms. Barbounis, Marc Fink and Tricia McNulty to address the possibility of Mr. Roman working a new position.

Concerned about the possibility of Mr. Roman returning, Ms. O'Brien sent an email to Mr. Fink stating that she did not want Mr. Roman to receive the position. Mr. Fink responded to Ms. O'Brien assuring her she would not have contact with him in the event he returned.

After the March 9th meeting, Ms. O'Brien was speaking to Ms. Barbounis when Ms. Barbounis informed her that, for the past year, a rumor had been started by Mr. Roman that Ms. O'Brien only got her prior job by sleeping with her former boss. Ms. O'Brien then informed Dr. Pipes of the rumor, who told her he would not be investigating this because it happened over a year ago. She also discussed her concern about Mr. Roman and once again she was assured she would not have to submit any of her work product to Mr. Roman.

On June 3, 2019, Ms. O'Brien received an email from Dr. Pipes telling her that Mr. Roman was to review her work. She then emailed him stating that she was told many times that Mr. Roman would not be involved in her work in any way. However, Dr. Pipes showed zero sympathy and asked her to "put her feelings aside" and instructed her to send Mr. Roman her work.

Lastly, through her position as Director of Finance, Ms. O'Brien discovered that other male directors were making more money than her, as well as other similarly situated female employees, by $10,000 or more.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the above is true and correct. | SIGNATURE OF COMPLAINANT |
| 7/24/2019          *Maurie O'Brien* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE(month, day, year) |
| Date          Charging Party Signature | |

# EXHIBIT B

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974.  See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☑ EEOC | |

| Pennsylvania Human Relations Commission | and EEOC |
|---|---|
| *State or local Agency, if any* | |

THE PARTICULARS ARE *(if additional paper is needed, attach extra sheet)*

Title VII of the Civil Rights Act of 1964 prohibits discrimination based on an individual's sex. In the present case, Ms. O'Brien was discriminated against due to her sex. She was pitted against her female coworkers and was ultimately ignored when she asked not to work with Mr. Roman after he had demonstrated perverse behavior towards her. Additionally, when these accusations were brought to Dr. Pipes' attention, he temporarily assigned Mr. Roman to work remotely, only to hire him back. Mr. Roman was brought back to into the workplace despite his egregious conduct.

Further, it is unlawful to harass a person because of that person's sex. Ms. O'Brien was sexually harassed when Mr. Roman made lude, sexual comments to her, continued to pursue Ms. O'Brien by inviting her back to the office and inviting her to Israel without proper accommodations and starting a rumor that she had only gotten her last job by sleeping with her boss.

Lastly, Title VII also makes it illegal to discriminate based on sex in pay in benefits. Ms. O'Brien received approximately $10,000 less than a male director.

Respondent violated Title VII when they discriminated against and harassed Ms. O'Brien due to her sex. Ms. O'Brien has been discriminated against and mistreated by Respondent, yet continues to handle herself with grace and dignity. Due to the discriminatory actions taken by Respondent, Ms. O'Brien seeks to be made whole again.


Pond Lehocky Stern Giordano LLP
Erica A. Shikunov
2005 Market St.
18th Floor
Philadelphia, PA 19103
P- 800-568-7500
F- 215-525-0811
eshikunov@pondlehocky.com

| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 7/24/2019 | *Marnie O'Brien* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE*(month, day, year)* |
| *Date* | *Charging Party Signature* | |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☑ EEOC | 530-2020-01552 |

| Pennsylvania Human Relations Commission | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Marnie O'Brien | (856) 803-8401 | 11/27/1969 |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| 81 Forest Court | Mantua    NJ    08051 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Middle East Forum | 15 | (215) 546-5406 |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| 1650 Market Street #3600 | Philadelphia    PA    19103 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

**DISCRIMINATION BASED ON (Check appropriate box(es).)**

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☑ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest            Latest
                    11/20/2019

☑ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

Please consider this a charge of discrimination filed on behalf of Ms. O'Brien. Attorney contact information can be found at the end of this submission.

On July 25, 2019, Ms. O'Brien filed a Charge of Discrimination with the Equal Opportunity Commission. As a result, Respondent has engaged in unlawful retaliation against Ms. O'Brien due to her previous complaints of discrimination.

As a result of Respondent's ongoing discrimination and harassment, Ms. O'Brien began seeking new employment opportunities. However, Ms. O'Brien was informed by her head hunter, whom was assisting her and her job search, that the companies she applied to were contacted by an anonymous caller. The caller would leave a message with prospective employers and state that Ms. O'Brien was a "drug addict," who only got her previous job by "sleeping with the boss," and discouraged offering Ms. O'Brien employment.

As a result of Respondent's conduct, numerous companies have turned down Ms. O'Brien for potential employment. Due to the retaliatory actions taken by Respondent, Plaintiff seeks to be made whole again.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 12/17/2019      *Marnie O'Brien*<br>Date         Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☑ EEOC | 530-2020-01552 |

| Pennsylvania Human Relations Commission | and EEOC |
|---|---|
| *State or local Agency, if any* | |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet)*

As Ms. O'Brien has already received a Right to Sue in her original filed Charge of Discrimination, she respectfully requests an immediate issuance of Right to Sue for this instant matter.

Pond Lehocky Stern Giordano LLP
Erica A. Shikunov
2005 Market St.
18th Floor
Philadelphia, PA 19103.
P- 800-568-7500
F- 215-525-0811
eshikunov@pondlehocky.com

| | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | |
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| | SIGNATURE OF COMPLAINANT |
| 12/17/2019        *Maurie O'Brien*<br>*Date*          *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

# EXHIBIT C

EEOC Form 161-B (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

To:  **Marnie O'Brien**
     **81 Forest Court**
     **Mantua, NJ 08051**

From:  **Philadelphia District Office**
       **801 Market Street**
       **Suite 1300**
       **Philadelphia, PA 19107**

☐ *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **530-2020-01552** | **Legal Unit** | **(267) 589-9707** |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

☐ More than 180 days have passed since the filing of this charge.

☒ Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

☒ The EEOC is terminating its processing of this charge.

☐ The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

☐ The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this Notice.** Otherwise, your right to sue based on the above-numbered charge will be lost.

☐ The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*Jamie R. Williamson*

**Jamie R. Williamson,**
**District Director**

December 30, 2019

*(Date Mailed)*

Enclosures(s)

cc:   **Daniel Pipes**
      **President**
      **MIDDLE EAST FORUM**
      **1650 Market Street, Suite 3600**
      **Philadelphia, PA 19103**

      **Erica Shikunov, Esq.**
      **POND LEHOCKY STERN GIORDANO**
      **One Commerce Square, 18th Floor**
      **2005 Market Street**
      **Philadelphia, PA 19103**

Enclosure with EEOC
Form 161-B (11/16)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS   --   Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was** *mailed* **to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Courts often require that a copy of your charge must be attached to the complaint you file in court. If so, you should remove your birth date from the charge. Some courts will not accept your complaint where the charge includes a date of birth. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS   --   Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION   --   Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE   --   All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

# Exhibit D

| | |
|---|---|
| **From:** | Gregg Roman <Roman@meforum.org> |
| **Sent:** | Tuesday, April 7, 2020 10:50 AM |
| **To:** | DiBianca, Molly M. |
| **Subject:** | Fwd: Today |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**[External Message]**

---

Get Outlook for iOS

---

**From:** Lisa Barbounis <Barbounis@meforum.org>
**Sent:** Tuesday, October 30, 2018 4:47:27 PM
**To:** Gregg Roman <Roman@meforum.org>
**Subject:** Today

Gregg,
In response to what happened today I wanted to let you know what has transpired and how I am feeling.
I took this job because I was told it was flexible and there was a great culture here. What has transpired over the last year has been anything but. I am constantly monitored and micromanaged.
Today around noon I was having a conversation about the Tommy Robinson event with Tricia prior to our call. I shut the door because I am constantly being reprimanded for being loud and was trying to be respectful. (I would like to note that the only person who has an issue with my loudness is Marnie) Marnie proceeded to ask Matt why we were in my office with the door closed making a big deal about nothing. This is not the first occurrence. I am constantly monitored and singled out about my time in the office.
I take a shuttle to the office in the morning and it does not always running on schedule. I also have two small children that occasionally make morning departures difficult. But you can guarantee that once every two weeks Marnie calls me in her office to speak to me about my time. She claims you view her as a manager and she needs to deal with people being late. Conveniently forgotten are the late night, weekend, early morning hours spent working at home. You has always said not to be concerned about time as long as the work is being done.
I feel that Marnie targets me and has made it her mission to "reel me in" because she has said as much. Additionally, when others are being loud no one, including Marnie, ever says a word to them. As a prime example, yesterday as I was writing a letter for Lord Pearson multiple people were outside my office being incredibly loud. I said nothing, and Marnie said nothing. However, today when I was irritated about a work situation and finished my sentence as Tricia walked away, of course Marnie didn't wait two seconds to come into my office and reprimand me. I repeated these same concerns I am stating now - that she only targets me. She proceeded to march into Matt's office and tell him he "has a big mouth" and left the office slamming all the doors on the way out.
I know that I am being targeted. We have one employee who comes in late and leaves early every single day, and no one says a word. When others are loud no one says a word. There is a clear and obvious double standard and I am becoming very uncomfortable. I am held to one standard and everyone else is held to another.
We all know that this is not the first occurrence of her singling me out. I am fearful that with Marnie as the HR person my job is in jeopardy. I believe this because when after we were in your office talking about my position a few weeks ago Marnie said to me "you are lucky its not me because I would not have given that to you". She also said, that she told you, that you should "deal with my attitude before offering me any additional work". I can't work with my HR manager acting as my boss and monitoring every little thing I do.
I have no recourse because my issue is with the HR manager.
Sincerely,
**Lisa Barbounis**
Executive Liaison
Middle East Forum

O: 215.546.5406 x102
C: 215.910.2154
F: 215.546.5409



*Please subscribe to our newsletters here!*

# Exhibit E

| | |
|---|---|
| **From:** | Gregg Roman <Roman@meforum.org> |
| **Sent:** | Tuesday, April 7, 2020 10:49 AM |
| **To:** | DiBianca, Molly M. |
| **Subject:** | Fwd: Oct 30 Incident Report |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**[External Message]**

Get Outlook for iOS

**From:** Matthew Bennett <Bennett@meforum.org>
**Sent:** Tuesday, October 30, 2018 6:53:18 PM
**To:** Gregg Roman <Roman@meforum.org>
**Subject:** Oct 30 Incident Report

In response to events in the office on Oct 30:

On Thursday of last week I went to lunch with Tricia:

- She asked if DP and GR recognized the increase in quantity and quality of Events this year. I said they did, and that I was especially happy with her taking ownership of the process from beginning to end, personally soliciting delinquent attendees, maintaining the MEF calendar, learning and mastering all the tech platforms (Salesforce, MailChimp, Soapbox, Asana, MEFO) etc.

- I reminded her how hectic it was in Nov/Dec/Jan of last year and how much more hectic it will probably be this year, specifically: that fundraising and development will be a priority for Gregg – which means it will be a priority for Lisa – and shifts like that could mean Tommy or Development work coming her way. "Are you prepared for that? Are you interested in taking on more Fundraising responsibilities?" She said yes to both on the condition I wouldn't "throw her to the wolves". I pointed out that she already "danced with the wolves" for a bit while I was out for 3 weeks sick and dealing with family issues, and she held her own – writing/editing invitations with DP, reporting to Gregg on behalf of the Dev team, etc.

- I gave her advice – always maintain the best possible relationships with everyone in the workplace, but never tie your fate to anyone. She understood.

Today, Oct 30, I arrived to the office around 10:30am:

- I received a text from Marnie as I was walking in the vestibule, "You in today?"

- I walked over to her office and she told me there was a closed door meeting taking place for the last 20 minutes. I said I didn't know what it was for but figured it was Tommy or Qatar – since Gregg specifically asked for Tricia to work on those things

- Later after the meeting was over, I asked Tricia "What was the closed door meeting about this morning?" She said "a call with Tommy's guy Avi in Australia. Was there another call you needed me on or you don't want me working on Tommy" I said "No everything is fine, just please avoid closing doors in the office"  She obviously put 2+2 together since no one else was in but Caitriona, Thelma, and Marnie

- Fast forward to around 3:30pm, I come back from the bathroom to find Lisa and Marnie screaming at each other. Marnie walks over to me in the kitchen and yells "You told them I said something about the closed door?! I'll never tell you anything again!" – or something to that effect.

- I said nothing to her, waked into my office, and started to eat my lunch. Marnie stormed in and said "You've always had a big mouth and THATS your problem!" She walked back to her office to get her things, slammed her door, and left the office. Everyone in the office was able to hear everything.

For what it's worth, my personal assessment of everything is:

- Lisa and Marnie have had it out before about Lisa being loud, and Marnie requested she keep the door shut. If the door being shut today was an issue for Marnie, she should have knocked to ask "hey what are you guys working on?" or been direct. Asking me the way she did made me believe there was something sinister happening, and it forced an awkward convo with Tricia which made it apparent that Marnie was keeping tabs on one or both of them

- From Lisa's perspective, Marnie is hyper focused on her. From my perspective, today, Marnie had it in for one or both of them, maybe because of the Facebook post (which Lisa since told me was in response to conference calls with Aymen and other "funny people") But it's not perspective that matters here, it's what was said/done – and I do believe Lisa can make a case for Marnie singling her out

- The analogy I would make is: it's like watching a high school student with behavioral problems get picked on by a teacher who is making the problems worse – and neither of them can control themselves when it becomes heated

- Lisa is not a good assistant and lets emotions get the better of her. But she has passion, she cares about the issues we focus on, and she's not afraid to stand up at the drop of a dime to defend/attack anyone that DP or GR ask – on social media, and beyond

- I do believe in another role she could be an asset to MEF

# Exhibit F

| | |
|---|---|
| **From:** | Gregg Roman <Roman@meforum.org> |
| **Sent:** | Tuesday, April 7, 2020 10:49 AM |
| **To:** | DiBianca, Molly M. |
| **Subject:** | Fwd: Yesterday's email |

**[External Message]**

Get Outlook for iOS

**From:** Lisa Barbounis <Barbounis@meforum.org>
**Sent:** Wednesday, October 31, 2018 12:37:25 PM
**To:** Gregg Roman <Roman@meforum.org>; Marc Fink <fink@meforum.org>
**Subject:** Yesterday's email

Gregg,

I just wanted to let you know that Marnie and I had a long conversation this morning and cleared the air.  There has been a lot of miscommunication that came to a head yesterday.  I think we are both in a better place and have a mutual understanding of how we need to move forward.

I do not wish to pursue this further.

I don't believe anything similar will happen again.

I would also like to apologize for the disruption.

Sincerely,

**Lisa Barbounis**
Executive Liaison
Middle East Forum
O: 215.546.5406 x102
C: 215.910.2154
F: 215.546.5409



*Please subscribe to our newsletters here!*

# Exhibit G



10:03

Marnie  ›

Tue, Aug 13, 10:17 AM

Morning!  Is Vasili dropping off laptop today?  I need to have that in hand before I go on vacation.  Today is my last day.

Thankeee.  Btw.  Watched your snap.  So cool!!!

Ok.  He can text me or if he has Tricias.  Did you unhook all if your personal shit?  Maybe we should google how to return it to factory settings?

Ok good!!

# Exhibit H

2920504
02/26/2020

AT&T has queried for records from 09/01/2017 12:00:00am to 01/23/2020 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in
UTC.

AT&T

---

Run Date:        02/26/2020
Run Time:        19:30:54
Voice Usage For:  (856)304-6037

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|------|-----------|------------------|--------------|-----|-------------------|-------------------|------|------|-----|---------|
| 33138 | 09/24/19 | 02:13:20 | 0:27 | 0:05 | 18563046037 | 18563574228 | 3533020992084652 SAMSUNG SM-G960U | 310410094998657 | MO | [VCORR] |
| 33139 | 09/24/19 | 02:13:31 | 0:05 | 0:11 | 18563574228 | 18563046037 | 3533020992084652 SAMSUNG SM-G960U | 310410094998657 | MT | [NIOP:VCORR] |
| 33140 | 09/24/19 | 12:06:52 | 0:19 | 17:51 | 18563046037 | 18565420291 | 3533020992084652 SAMSUNG SM-G960U | 310410094998657 | MO | [VCORR] |
| 33141 | 09/24/19 | 12:25:47 | 0:10 | 9:46 | 18565420291 | 18563046037 | 3533020992084652 SAMSUNG SM-G960U | 310410094998657 | MT | [NIOP:VCORR] |
| 33142 | 09/24/19 | 13:13:25 | 0:20 | 0:00 | 15616926933 | 18563046037 | 3533020992084652 SAMSUNG SM-G960U | 310410094998657 | MT | [NIOP] |
| 33143 | 09/24/19 | 13:46:26 | 0:03 | 12:31 | 18563046037 | 18008374966 | 3533020992084652 SAMSUNG SM-G960U | 310410094998657 | MO | [VCORR] |
| 33144 | 09/24/19 | 15:42:06 | 0:12 | 14:59 | 18563046037 | 18565420291 | 3533020992084652 SAMSUNG SM-G960U | 310410094998657 | MO | [VCORR] |
| 33145 | 09/24/19 | 16:00:31 | 0:09 | 2:16 | 18565420291 | 18563046037 | 3533020992084652 SAMSUNG SM-G960U | 310410094998657 | MT | [NIOP:VCORR] |
| 33146 | 09/24/19 | 18:14:01 | 0:31 | 0:02 | 18563046037 | 18565420291 | 3533020992084652 SAMSUNG SM-G960U | 310410094998657 | MO | [VCORR] |
| 33147 | 09/24/19 | 18:14:23 | 0:00 | 0:00 | 18563046037 | 14123716204 | 3533020992084652 SAMSUNG SM-G960U | 310410094998657 | MO | [] |
| 33148 | 09/24/19 | 18:14:34 | 0:11 | 0:00 | 18563046037 A674123716204(D) | 14123716204 | 3533020992084652 SAMSUNG SM-G960U | 310410094998657 | MO | [NIOR] |
| 33149 | 09/24/19 | 18:14:51 | 0:00 | 0:00 | 18563046037 | 16106494829 | 3533020992084652 SAMSUNG SM-G960U | 310410094998657 | MO | [] |
| 33150 | 09/24/19 | 18:15:03 | 0:12 | 0:03 | 18563046037 A676106494829(D) | 16106494829 | 3533020992084652 SAMSUNG SM-G960U | 310410094998657 | MO | [NIOR:VCORR] |
| 33151 | 09/24/19 | 18:21:22 | 0:09 | 5:38 | 18568038401 | 18563046037 | 3533020992084652 SAMSUNG SM-G960U | 310410094998657 | MT | [NIOP:VCORR] |

---

**AT&T Proprietary**

**The information contained here is for use by authorized persons only and is not
for general distribution.**

MOBILITY

000005

2920504
02/26/2020

AT&T has queried for records from 09/01/2017 12:00:00am to 01/23/2020 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

Run Date:        02/26/2020
Run Time:        19:30:54
Voice Usage For: (856)304-6037

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 33152 | 09/24/19 | 18:29:11 | 0:06 | 4:28 | 18565420291 | 18563046037 | 3533020992084652 SAMSUNG SM-G960U | 310410094998657 | MT | [NIOP:VCORR] |
| 33153 | 09/24/19 | 18:34:44 | 0:06 | 4:01 | 18565420291 | 18563046037 | 3533020992084652 SAMSUNG SM-G960U | 310410094998657 | MT | [NIOP:VCORR] |
| 33154 | 09/24/19 | 19:06:16 | 0:05 | 0:00 | 18563046037 | 18565420291 | 3533020992084652 SAMSUNG SM-G960U | 310410094998657 | MO | [] |
| 33155 | 09/24/19 | 19:17:03 | 0:00 | 0:00 | 18563046037 | 14129449990 | 3533020992084652 SAMSUNG SM-G960U | 310410094998657 | MO | [] |
| 33156 | 09/24/19 | 19:17:26 | 0:23 | 0:00 | 18563046037 | 14129449990 | | | MT | [NIOR] |
| 33157 | 09/24/19 | 19:17:27 | 0:24 | 0:07 | 18563046037 A674129449990(D) | 14129449990 | 3533020992084652 SAMSUNG SM-G960U | 310410094998657 | MO | [NIOR:VCORR] |
| 33158 | 09/24/19 | 19:17:27 | 0:24 | 0:07 | 18563046037 17242209990(F) | 14129449990 | | | MT | [NIOR:CFNA:VM] |
| 33159 | 09/24/19 | 19:45:46 | 0:06 | 0:33 | 18565420291 | 18563046037 | 3533020992084652 SAMSUNG SM-G960U | 310410094998657 | MT | [NIOP:VCORR] |
| 33160 | 09/24/19 | 20:25:52 | 0:00 | 0:00 | 18563046037 | 14129449990 | 3533020992084652 SAMSUNG SM-G960U | 310410094998657 | MO | [] |
| 33161 | 09/24/19 | 20:25:57 | 0:05 | 2:11 | 18563046037 A674129449990(D) | 14129449990 | 3533020992084652 SAMSUNG SM-G960U | 310410094998657 | MO | [NIOR:VCORR] |
| 33162 | 09/24/19 | 20:25:57 | 0:05 | 2:11 | 18563046037 | 14129449990 | | | MT | [Wi-Fi:NIOR] |
| 33163 | 09/24/19 | 20:28:42 | 0:00 | 0:00 | 18563046037 | 14129449990 | 3533020992084652 SAMSUNG SM-G960U | 310410094998657 | MO | [] |
| 33164 | 09/24/19 | 20:28:44 | 0:01 | 0:20 | 18563046037 | 14129449990 | | | MT | [Wi-Fi:NIOR] |
| 33165 | 09/24/19 | 20:28:44 | 0:02 | 0:20 | 18563046037 A674129449990(D) | 14129449990 | 3533020992084652 SAMSUNG SM-G960U | 310410094998657 | MO | [NIOR:VCORR] |
| 33166 | 09/24/19 | 20:59:23 | 0:27 | 0:08 | 18563046037 | 18563574228 | 3533020992084652 SAMSUNG SM-G960U | 310410094998657 | MO | [VCORR] |
| 33167 | 09/24/19 | 21:20:51 | 0:22 | 0:00 | 18568038401 | 18563046037 | 3533020992084652 SAMSUNG SM-G960U | 310410094998657 | MT | [NIOP] |



**MOBILITY**

000007

2920504
02/26/2020

AT&T has queried for records from 09/01/2017 12:00:00am to 01/23/2020 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in
UTC.

Run Date:          02/26/2020
Run Time:          19:30:54
Voice Usage For:   (856)304-6037

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 33198 | 09/25/19 | 18:53:25 | 0:16 | 16:54 | 18563046037 | 18565420291 | 3533020992084653 SAMSUNG SM-G960U | 310410094998657 | MO | [] |
| 33199 | 09/25/19 | 19:38:47 | 0:00 | 0:00 | 18563046037 | 14129449990 | 3533020992084652 SAMSUNG SM-G960U | 310410094998657 | MO | [] |
| 33200 | 09/25/19 | 19:39:10 | 0:23 | 0:00 | 18563046037 | 14129449990 | | | MT | [NIOR] |
| 33201 | 09/25/19 | 19:39:18 | 0:31 | 0:07 | 18563046037 A674129449990(D) | 14129449990 | 3533020992084652 SAMSUNG SM-G960U | 310410094998657 | MO | [NIOR] |
| 33202 | 09/25/19 | 19:39:18 | 0:31 | 0:07 | 18563046037 17018011262(F) | 14129449990 | | | MT | [NIOR:CFNA] |
| 33203 | 09/25/19 | 19:39:18 | 0:08 | 0:07 | 14129449990 18563046037(OO) | 17018011262 | | | MO | [NIOR:CFNA] |
| 33204 | 09/25/19 | 19:39:21 | 0:02 | 0:08 | 18563046037 | 14129449990 | | | MT | [NIOP] |
| 33205 | 09/25/19 | 19:40:10 | 0:20 | 0:44 | 18563046037 | 18563574228 | 3533020992084652 SAMSUNG SM-G960U | 310410094998657 | MO | [] |
| 33206 | 09/25/19 | 19:41:15 | 0:00 | 0:00 | 18563046037 | 14129449990 | 3533020992084652 SAMSUNG SM-G960U | 310410094998657 | MO | [] |
| 33207 | 09/25/19 | 19:41:36 | 0:21 | 0:00 | 18563046037 | 14129449990 | | | MT | [NIOR] |
| 33208 | 09/25/19 | 19:41:45 | 0:30 | 9:19 | 18563046037 A674129449990(D) | 14129449990 | 3533020992084653 SAMSUNG SM-G960U | 310410094998657 | MO | [NIOR:VCORR] |
| 33209 | 09/25/19 | 19:41:45 | 0:30 | 9:19 | 18563046037 17018011262(F) | 14129449990 | | | MT | [NIOR:CFB] |
| 33210 | 09/25/19 | 19:41:45 | 0:09 | 9:19 | 14129449990 18563046037(OO) | 17018011262 | | | MO | [NIOR:CFB] |
| 33211 | 09/25/19 | 19:41:48 | 0:03 | 9:17 | 18563046037 | 14129449990 | | | MT | [NIOP:VCORR] |
| 33212 | 09/25/19 | 19:51:21 | 0:00 | 0:00 | 18563046037 | 14129449990 | 3533020992084652 SAMSUNG SM-G960U | 310410094998657 | MO | [] |
| 33213 | 09/25/19 | 19:51:30 | 0:09 | 1:00 | 18563046037 A674129449990(D) | 14129449990 | 3533020992084653 SAMSUNG SM-G960U | 310410094998657 | MO | [NIOR:VCORR] |
| 33214 | 09/25/19 | 19:51:30 | 0:09 | 1:00 | 18563046037 | 14129449990 | | | MT | [NIOR:VCORR] |
| 33215 | 09/25/19 | 19:54:06 | 0:00 | 0:00 | 18563046037 | 14129449990 | 3533020992084652 SAMSUNG SM-G960U | 310410094998657 | MO | [] |

**AT&T Proprietary**

**The information contained here is for use by authorized persons only and is not for general distribution.**

**MOBILITY**

000008

AT&T has queried for records from 09/01/2017 12:00:00am to 01/23/2020 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

Run Date:       02/26/2020
Run Time:       19:30:54
Voice Usage For: (856)304-6037

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|------|-----------|------------------|--------------|------|-------------------|-------------------|------|------|------|---------|
| 33216 | 09/25/19 | 19:54:10 | 0:04 | 0:59 | 18563046037 A674129449990(D) | 14129449990 | 3533020992084653 SAMSUNG SM-G960U | 310410094998657 | MO | [NIOR:VCORR] |
| 33217 | 09/25/19 | 19:54:10 | 0:04 | 0:59 | 18563046037 | 14129449990 | | | MT | [NIOR:VCORR] |
| 33218 | 09/25/19 | 19:58:26 | 0:16 | 0:31 | 18563046037 3845601(D) | 18563845601 | 3533020992084653 SAMSUNG SM-G960U | 310410094998657 | MO | [VCORR] |
| 33219 | 09/25/19 | 20:04:38 | 0:09 | 8:23 | 18568038401 | 18563046037 | 3533020992084653 SAMSUNG SM-G960U | 310410094998657 | MT | [NIOP:VCORR] |
| 33220 | 09/25/19 | 20:13:08 | 0:04 | 1:48 | 18568038401 | 18563046037 | 3533020992084653 SAMSUNG SM-G960U | 310410094998657 | MT | [NIOP:VCORR] |
| 33221 | 09/25/19 | 20:19:05 | 0:11 | 3:39 | 18568038401 | 18563046037 | 3533020992084653 SAMSUNG SM-G960U | 310410094998657 | MT | [NIOP:VCORR] |
| 33222 | 09/25/19 | 20:26:15 | 0:09 | 3:05 | 18563046037 | 18563401124 | 3533020992084653 SAMSUNG SM-G960U | 310410094998657 | MO | [VCORR] |
| 33223 | 09/25/19 | 21:10:21 | 0:08 | 0:13 | 18568038401 | 18563046037 | 3533020992084653 SAMSUNG SM-G960U | 310410094998657 | MT | [NIOP:VCORR] |
| 33224 | 09/25/19 | 21:10:46 | 0:08 | 0:16 | 18568038401 | 18563046037 | 3533020992084653 SAMSUNG SM-G960U | 310410094998657 | MT | [NIOP:VCORR] |
| 33225 | 09/25/19 | 21:11:44 | 0:15 | 0:07 | 18563046037 | 18568038401 | 3533020992084653 SAMSUNG SM-G960U | 310410094998657 | MO | [VCORR] |
| 33226 | 09/25/19 | 21:12:15 | 0:05 | 7:50 | 18568038401 | 18563046037 | 3533020992084653 SAMSUNG SM-G960U | 310410094998657 | MT | [NIOP:VCORR] |
| 33227 | 09/25/19 | 21:21:34 | 0:05 | 15:22 | 18563046037 | 18568891334 | 3533020992084653 SAMSUNG SM-G960U | 310410094998657 | MO | [VCORR] |
| 33228 | 09/25/19 | 21:37:07 | 0:03 | 6:06 | 18568891334 | 18563046037 | 3533020992084653 SAMSUNG SM-G960U | 310410094998657 | MT | [NIOP:VCORR] |
| 33229 | 09/25/19 | 22:42:38 | 0:05 | 2:36 | 18563046037 | 18565007860 | 3533020992084653 SAMSUNG SM-G960U | 310410094998657 | MO | [VCORR] |
| 33230 | 09/26/19 | 00:23:35 | 0:12 | 0:11 | 18568792887 | 18563046037 | 3533020992084653 SAMSUNG SM-G960U | 310410094998657 | MT | [NIOP:VCORR] |

**AT&T Proprietary**

**The information contained here is for use by authorized persons only and is not for general distribution.**

Exhibit I

2920504
02/26/2020

MOBILITY
000028

AT&T has queried for records from 09/01/2017 12:00:00am to 01/23/2020 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in
UTC.

AT&T

Run Date:        02/26/2020
Run Time:        19:30:59
Voice Usage For:  (856)304-6037

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|------|-----------|------------------|--------------|-----|--------------------|--------------------|------|------|-----|---------|
| 34606 | 10/29/19 | 17:12:45 | 0:06 | 1:34 | 18563046037 | 18568530900 | 3533020992084658 SAMSUNG SM-G960U | 310410094998657 | MO | [VCORR] |
| 34607 | 10/29/19 | 17:28:16 | 0:00 | 0:00 | 18563046037 | 12157905800 | 3533020992084658 SAMSUNG SM-G960U | 310410094998657 | MO | [] |
| 34608 | 10/29/19 | 17:28:23 | 0:07 | 5:35 | 18563046037 A672157905800(D) | 12157905800 | 3533020992084658 SAMSUNG SM-G960U | 310410094998657 | MO | [NIOR:VCORR] |
| 34609 | 10/29/19 | 18:18:05 | 0:01 | 0:00 | 18565420291 | 18563046037 | 3533020992084658 SAMSUNG SM-G960U | 310410094998657 | MT | [NIOP] |
| 34610 | 10/29/19 | 18:18:14 | 0:07 | 1:32 | 18565420291 | 18563046037 | 3533020992084658 SAMSUNG SM-G960U | 310410094998657 | MT | [NIOP:VCORR] |
| 34611 | 10/29/19 | 18:29:49 | 0:14 | 7:03 | 18563046037 | 18566281248 | 3533020992084658 SAMSUNG SM-G960U | 310410094998657 | MO | [VCORR] |
| 34612 | 10/29/19 | 18:38:04 | 0:33 | 0:03 | 18563046037 | 16099291888 | 3533020992084658 SAMSUNG SM-G960U | 310410094998657 | MO | [VCORR] |
| 34613 | 10/29/19 | 18:49:33 | 0:08 | 0:56 | 18563046037 | 18563257765 | | | MT | [NIOP] |
| 34614 | 10/29/19 | 18:49:33 | 0:09 | 0:56 | 18563046037 | 18563257765 | 3533020992084658 SAMSUNG SM-G960U | 310410094998657 | MO | [VCORR] |
| 34615 | 10/29/19 | 19:45:09 | 0:09 | 1:05 | 18568038401 | 18563046037 | 3533020992084658 SAMSUNG SM-G960U | 310410094998657 | MT | [NIOP:VCORR] |
| 34616 | 10/29/19 | 19:46:55 | 0:06 | 11:59 | 18568038401 | 18563046037 | 3533020992084658 SAMSUNG SM-G960U | 310410094998657 | MT | [NIOP] |
| 34617 | 10/29/19 | 19:55:40 | 0:21 | 0:00 | 18568530195 | 18563046037 | 3533020992084658 SAMSUNG SM-G960U | 310410094998657 | MT | [NIOP:CMW] |
| 34618 | 10/29/19 | 19:55:40 | 0:21 | 1:20 | 18568530195 16107336639(F) | 18563046037 | 3533020992084658 SAMSUNG SM-G960U | 310410094998657 | MT | [NIOP:CFNA:CMW:VM] |
| 34619 | 10/29/19 | 20:01:17 | 0:05 | 1:04 | 18563046037 | 18568530900 | 3533020992084658 SAMSUNG SM-G960U | 310410094998657 | MO | [] |
| 34620 | 10/29/19 | 20:25:50 | 0:20 | 2:49 | 18563046037 | 18568537300 | 3533020992084658 SAMSUNG SM-G960U | 310410094998657 | MO | [] |

**AT&T Proprietary**

The information contained here is for use by authorized persons only and is not for general distribution.



**2920504**
02/26/2020

AT&T has queried for records from 09/01/2017 12:00:00am to 01/23/2020 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in
UTC.

Run Date:        02/26/2020
Run Time:        19:31:00
Voice Usage For:  (856)304-6037

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|------|-----------|------------------|--------------|-----|--------------------|--------------------|------|------|-----|---------|
| 34621 | 10/29/19 | 21:02:42 | 0:08 | 1:33 | 18563044024 | 18563046037 | 3533020992084658 SAMSUNG SM-G960U | 310410094998657 | MT | [NIOP] |
| 34622 | 10/29/19 | 21:02:42 | 0:09 | 1:33 | 18563044024 3046037(D) | 18563046037 | | | MO | [] |
| 34623 | 10/29/19 | 22:45:01 | 0:16 | 9:23 | 18563046037 | 18565420291 | 3533020992084658 SAMSUNG SM-G960U | 310410094998657 | MO | [VCORR] |
| 34624 | 10/30/19 | 00:39:40 | 0:09 | 27:52 | 18568038401 | 18563046037 | 3533020992084658 SAMSUNG SM-G960U | 310410094998657 | MT | [NIOP:VCORR] |
| 34625 | 10/30/19 | 03:25:14 | 0:01 | 0:15 | 18563046037 | 18563044024 | | | MT | [NIOP:VCORR] |
| 34626 | 10/30/19 | 03:25:14 | 0:02 | 0:15 | 18563046037 | 18563044024 | 3533020992084658 SAMSUNG SM-G960U | 310410094998657 | MO | [VCORR] |
| 34627 | 10/30/19 | 03:25:31 | 0:00 | 0:00 | 18563046037 | 18563044024 | | | MT | [NIOP] |
| 34628 | 10/30/19 | 03:25:31 | 0:00 | 0:00 | 18563046037 | 18563044024 | 3533020992084658 SAMSUNG SM-G960U | 310410094998657 | MO | [] |
| 34629 | 10/30/19 | 12:22:16 | 0:33 | 0:03 | 18563046037 | 18565420291 | 3533020992084658 SAMSUNG SM-G960U | 310410094998657 | MO | [VCORR] |
| 34630 | 10/30/19 | 12:22:36 | 0:04 | 7:07 | 18565420291 | 18563046037 | 3533020992084658 SAMSUNG SM-G960U | 310410094998657 | MT | [NIOP:VCORR] |
| 34631 | 10/30/19 | 12:35:32 | 0:06 | 1:32 | 18563046037 | 18568530900 | 3533020992084658 SAMSUNG SM-G960U | 310410094998657 | MO | [VCORR] |
| 34632 | 10/30/19 | 12:49:16 | 0:04 | 0:00 | 18568038401 | 18563046037 | 3533020992084658 SAMSUNG SM-G960U | 310410094998657 | MT | [NIOP] |
| 34633 | 10/30/19 | 12:49:25 | 0:06 | 11:49 | 18568038401 | 18563046037 | 3533020992084658 SAMSUNG SM-G960U | 310410094998657 | MT | [NIOP] |
| 34634 | 10/30/19 | 13:32:25 | 0:22 | 0:00 | 18558320321 | 18563046037 | 3533020992084658 SAMSUNG SM-G960U | 310410094998657 | MT | [NIOP] |
| 34635 | 10/30/19 | 13:32:25 | 0:22 | 0:16 | 18558320321 16107336639(F) | 18563046037 | 3533020992084658 SAMSUNG SM-G960U | 310410094998657 | MT | [NIOP:CFNA:VM] |
| 34636 | 10/30/19 | 13:49:50 | 0:09 | 4:43 | 18568530900 | 18563046037 | 3533020992084658 SAMSUNG SM-G960U | 310410094998657 | MT | [NIOP:VCORR] |

**The information contained here is for use by authorized persons only and is not
for general distribution.**