# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARNIE O'BRIEN, <br>         Plaintiff, <br><br> v. <br><br> THE MIDDLE EAST FORUM, *et al.*, <br>         Defendants. | Civil No. 2:19-cv-06078-JMG |

## NOTICE OF STATUS CONFERENCE

**AND NOW**, this 17th day of June, 2020, upon consideration of Counsels' E-Mail dated June 16, 2020, **IT IS HEREBY ORDERED THAT:**

1. Lead counsel shall call via telephone for a Status Conference in the above-captioned matter in Chambers before Judge John M. Gallagher on **Thursday, June 25, 2020 at 1:00 PM,** at the United States District Court located at 504 West Hamilton Street, Suite 4701, Allentown, Pennsylvania 18101.

2. **Lead trial counsel must attend the telephone conference.**  Counsel should come prepared to discuss the current status of the case.

The Parties are advised that the United States Magistrate Judge assigned to this Court is the Honorable Timothy R. Rice.

For the Court,

*/s/Brian R. Dixon*
Brian R. Dixon
Deputy Clerk for Judge John M. Gallagher