# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARNIE O'BRIEN<br>      Plaintiff,<br>v.<br><br>MIDDLE EAST FORUM,<br>DANIEL PIPES (*individually*), and<br>GREG ROMAN (*individually*),<br>      Defendants.<br><br>GREG ROMAN<br>  Counterclaim and Third-Party Plaintiff,<br>v.<br><br>MARNIE O'BRIEN<br>      Counterclaim Defendant,<br>      and<br>MATTHEW EBERT,<br>      Third-Party Defendant. | Civil Nos. 2:19-cv-06078-JMG<br>              2:20-cv-00457-JMG |

## ORDER

**AND NOW**, this 25th day of June, 2020, following a telephonic status conference with all counsel and self-represented parties, **IT IS HEREBY ORDERED as follows:**

The parties shall contact Judge Gallagher's Civil Deputy to schedule a second telephonic status conference to be held **on or about August 4, 2020**. The parties should be prepared to discuss the status of discovery and settlement discussions, if any, and the feasibility of mediation.

                      BY THE COURT:

                      */s/ John M. Gallagher*
                      JOHN M. GALLAGHER
                      United States District Court Judge