**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

| | |
|---|---|
| MARNIE O'BRIEN,                        : | |
|         Plaintiff,          : | |
|                     : | |
|     v.                                            : | Civil No. 2:19-cv-06078-JMG |
|                     : | |
| THE MIDDLE EAST FORUM, *et al.,*    : | |
|         Defendants.      : | |

_____

### ORDER

**AND NOW**, this 14th day of December, 2020, upon consideration of Defendants' Motion to Disqualify Counsel (ECF No. 51), Plaintiff's Response in Opposition to Defendants' Motion (ECF No. 54), and any responses thereto, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion to Disqualify Counsel is **DENIED**;

2. The Court's Order Granting Defendants' Motion to Temporarily Stay the deposition scheduled for November 12 and 13, 2020 (ECF No. 62) is hereby terminated. The Parties shall agree on a new date to hold Mr. Roman's deposition, which is to take place no later than thirty **(30)** days from the date of entry of this Order.

                                        BY THE COURT:

                                        */s/ John M. Gallagher*
                                        JOHN M. GALLAGHER
                                        United States District Court Judge