# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| MARNIE O'BRIEN, : | |
|          Plaintiff, : | |
| : | |
|      v. : | Civil No. 2:19-cv-06078-JMG |
| : | |
| THE MIDDLE EAST FORUM, *et al.,* : | |
|          Defendants. : | |

_____

## ORDER

**AND NOW**, this 19th day of January, 2021, upon consideration of Defendants' Motion for Judgment on the Pleadings (ECF No. 26), and Plaintiff's Response in Opposition to Defendants' Motion (ECF No. 27), **IT IS HEREBY ORDERED** that:

1. Defendants' Motion to for Judgment on the Pleadings is **GRANTED**; and

2. Count II of the Complaint is **DISMISSED** as untimely.

BY THE COURT:


*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge