# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| MARNIE O'BRIEN,  :<br>        Plaintiff,  :<br>  :<br>v.  :<br>  :<br>THE MIDDLE EAST FORUM, *et al.*,  :<br>        Defendants.  : | Civil No. 2:19-cv-06078-JMG |

_____

## ORDER

**AND NOW**, this 25th day of January, 2021, upon consideration of Plaintiff's Motion for Reconsideration (ECF No. 77), and pursuant to Fed. R. Civ. P. 60, **IT IS HEREBY ORDERED** that Defendant's Motion is **GRANTED**. The Court's Order dated January 19, 2021 (ECF No. 75) is hereby **VACATED** and Count II of Plaintiff's Complaint is reinstated.[1]

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge

---

[1] The Court advises that Defendants may still challenge any claims under Count II of the Complaint by filing a motion to dismiss, *see* Fed. R. Civ. P. 12(h)(3), or within a motion for summary judgment. *See* Fed. R. Civ. P. 56(a).