IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARNIE O'BRIEN,<br>　　　　　Plaintiff,<br><br>　　　v.<br><br>THE MIDDLE EAST FORUM, *et al.,*<br>　　　　　Defendants. | Civil No. 2:19-cv-06078-JMG |

**ORDER**

**AND NOW**, this 5th day of March, 2021, upon the stipulation of counsel and pursuant to the Court's discretion to amend pretrial scheduling orders under Federal Rule of Civil Procedure 16(b)(4), **IT IS HEREBY ORDERED** that the Second Amended Scheduling Order (ECF No. 39) is amended as follows:

1. A status conference with counsel is scheduled for **April 29, 2021** at **1:00 p.m.** Plaintiff's counsel shall provide the Court and opposing counsel with conference bridge details (such as a telephone number and access code) no later than, Monday, **April 19, 2021**.

2. Counsel for each Party shall serve on counsel for every other Party a copy of each exhibit the Party expects to offer a trial no later than **May 12, 2021**.

3. Pretrial memoranda shall be filed no later than **May 19, 2021**.

4. All motions *in limine* shall be filed no later than **May 26, 2021**. Responses, if any, shall be filed no later than **June 2, 2021**.

5. Any objections to designations of deposition testimony shall be made no later than **May 26, 2021**.

1

6. The Parties shall file proposed jury instructions, verdict forms, and/or special interrogatories, as set forth in the original Scheduling Order (ECF No. 23), no later than **May 26, 2021**.

7. A final pretrial conference will be held on **Wednesday, June 9, 2021 at 1:30 p.m., in Chambers.**

8. This case will be listed for trial on **Friday, June 11, 2021 at 9:00 a.m.**

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge