## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARNIE O'BRIEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 19-06078 JMG |
| v. | ) |
| | ) |
| MIDDLE EAST FORUM, | ) |
| DANIEL PIPES (individually), and | ) |
| GREGG ROMAN (individually), | ) |
| | ) |
| Defendants. | ) |
| | ) |
| GREGG ROMAN, | ) |
| | ) |
| Counterclaim Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MARNIE O'BRIEN, | ) |
| | ) |
| Counterclaim Defendant. | ) |

## ENTRY OF APPEARANCE

Please enter the appearance of Jakob Williams, Esq., of Clark Hill, PLC, on behalf of Defendants Middle East Forum, Daniel Pipes, and Gregg Cooper.

                                                                                                                                                                      CLARK HILL PLC

                                          */s/ Jakob Williams*
                                          Jakob Williams, Esq. (PA Bar No. 329359)
                                          Two Commerce Square
                                          2001 Market Street, Ste. 2620
                                          Philadelphia, PA 19103
                                          P: (215) 640-8500
                                          F: (215) 640-8501
                                          Jfwilliams@clarkhill.com

                                          *Attorneys for Defendants and Counterclaim*
Dated:  April 26, 2021                     *Plaintiff Gregg Roman*

262785356.v1

## CERTIFICATE OF SERVICE

        I, Lauri A. Kavulich, Esquire, hereby certify that on April 26, 2021, the foregoing document was served upon the following parties:

*Via Electronic Filing*
Erica A. Shikunov, Esquire
Derek Smith Law Group, PLLC
1835 Market Street, Suite 2950
Philadelphia, PA 19103
erica@dereksmithlaw.com

        */s/ Jakob Williams*
        Jakob Williams, Esq.