IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARNIE O'BRIEN,<br>        Plaintiff,<br><br>        v.<br><br>THE MIDDLE EAST FORUM, *et al.*,<br>        Defendants. | Civil No. 2:19-cv-06078-JMG |

## ORDER

**AND NOW**, this 28th day of May, 2021, upon consideration of Plaintiff's Motion for Summary Judgment (ECF No. 79), Defendants' Response to Plaintiff's Motion (ECF No. 82), Defendants' Motion for Summary Judgment (ECF No. 80), Plaintiff's Response to Defendants' Motion (ECF No. 81), Defendants' Reply to Plaintiff's Response (ECF No. 89), Defendants' Motion to Strike (ECF No. 85), and Plaintiff's Response to Defendants' Motion (ECF No. 87), **IT IS HEREBY ORDERED** that, for the reasons set forth in the accompanying Memorandum:

1. Plaintiff's Motion for Summary Judgment is **DENIED**;

2. Defendants' Motion for Summary Judgment is **DENIED**; and

3. Defendants' Motion to Strike is **DENIED**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge