UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARNIE O'BRIEN, | ) |
| Plaintiff, | ) |
| v. | ) |
| MIDDLE EAST FORUM, DANIEL PIPES (individually), and GREGG ROMAN (individually), | ) C.A. No. 19-06078 JMG |
| Defendants. | ) |
| GREGG ROMAN, | ) |
| Counterclaim Plaintiff, | ) |
| v. | ) |
| MARNIE O'BRIEN, | ) |
| Counterclaim Defendant, | ) |

**DEFENDANTS' PROPOSED SPECIAL INTERROGATORIES**

Defendants Middle East Forum, Daniel Pipes, and Gregg Roman, by and through their counsel, respectfully submit their Proposed Special Jury Interrogatories.

**A.     Hostile Work Environment**

1.     Has the Plaintiff, Marnie O'Brien, proven by a preponderance of the evidence that she was subjected to intentional discrimination solely on the basis of her sex?

**RESPONSE:** _____ Yes       _____ No

**If you answered "No" to Question #1, STOP your deliberations on Section A and proceed to Section B.  If you answered "Yes" to Question #1 go to Question #2.**

1

2. Has the Plaintiff, Marnie O'Brien, proven by a preponderance of the evidence that the discrimination was severe or pervasive?

**RESPONSE:** \_\_\_\_\_ Yes          _____ No

**If you answered "No" to Question #2, STOP your deliberations on Section A and proceed to Section B.  If you answered "Yes" to Question #2 go to Question #3.**

3. Has the Plaintiff, Marnie O'Brien, proven by a preponderance of the evidence that the discrimination detrimentally affected her personally?

**RESPONSE:** \_\_\_\_\_ Yes          _____ No

**If you answered "No" to Question #3, STOP your deliberations on Section A and proceed to Section B.  If you answered "Yes" to Question #3 go to Question #4.**

4. Has the Plaintiff, Marnie O'Brien, proven by a preponderance of the evidence that the discrimination would have detrimentally affected a reasonable person in similar circumstances?

**RESPONSE:** \_\_\_\_\_ Yes          _____ No

**If you answered "No" to Question #4, STOP your deliberations on Section A and proceed to Section B.  If you answered "Yes" to Question #4 go to Question #5.**

5. Has the Defendant, The Middle East Forum, proven by a preponderance of the evidence that they exercised reasonable care to prevent and correct promptly any sexually harassing behavior?

**RESPONSE:** \_\_\_\_\_ Yes          _____ No

**If you answered "No" to Question #5, STOP your deliberations on Section A and proceed to Section B.  If you answered "Yes" to Question #5 go to Question #6.**

6. Has the Defendant, The Middle East Forum, proven by a preponderance of the evidence that Plaintiff, Marnie O'Brien, unreasonably failed to take advantage of those remedial opportunities by not promptly reporting any harassment to the Defendant?

**RESPONSE:** _____ Yes          _____ No

**Please proceed to Section B.**

**B.     Constructive Discharge**

7. Has the Plaintiff, Marnie O'Brien, proven by a preponderance of the evidence that she was intentionally subjected to working conditions so intolerable that any reasonable person would have resigned their employment under similar circumstances?

**RESPONSE:** _____ Yes          _____ No

**If you answered "No" to Question #7, STOP your deliberations on Section B and proceed to Section C.  If you answered "Yes" to Question #7 go to Question #8.**

8. Has the Plaintiff, Marnie O'Brien, proven by a preponderance of the evidence that she was intentionally subjected to intolerable working conditions solely due to discrimination on the basis of her sex?

**RESPONSE:** _____ Yes          _____ No

**Please proceed to Section C.**

**C.     Pay Discrimination**

9. Has the Plaintiff, Marnie O'Brien, proven by a preponderance of the evidence that she was intentionally paid less than her similarly situated male counterparts solely due to discrimination on the basis of her sex?

**RESPONSE:** _____ Yes          _____ No

**Please proceed to Section D.**

**D.     Aiding and Abetting**

      10.     Has the Plaintiff, Marnie O'Brien, proven by a preponderance of the evidence that Defendant, Gregg Roman, aided and abetted a discriminatory practice carried out by Defendant, The Middle East Forum?

      **RESPONSE:** _____ Yes          _____ No

**Please proceed to Question # 11.**

      11.     Has the Plaintiff, Marnie O'Brien, proven by a preponderance of the evidence that Defendant, Daniel Pipes, aided and abetted a discriminatory practice carried out by Defendant, The Middle East Forum?

      **RESPONSE:** _____ Yes          _____ No

**Please proceed to Section E.**

**E.     Abuse of Process**

      12.     Has the Defendant, Gregg Roman, proven by a preponderance of the evidence that Plaintiff, Marnie O'Brien, used the legal process in a wrongful manner, influenced by an ulterior motive, that caused damage to Defendant?

      **RESPONSE:** _____ Yes          _____ No

**Please proceed to Section F.**

F.     **Damages**

<u>**Economic Damages**</u>

13.    Has the Defendant, The Middle East Forum, proven by a preponderance of the evidence that Plaintiff, Marnie O'Brien, failed to mitigate her damages by not taking reasonable steps to secure suitable alternative employment?

**RESPONSE:** _____ Yes          _____ No

**If you answered "Yes" to Question #13, STOP your deliberations on Section "Economic Damages" and proceed to Section "Compensatory Damages."  If you answered "No" to Question #13 go to Question #14.**

14.    What amount of back pay, if any, do you award to Plaintiff, Marnie O'Brien?

**RESPONSE:** _____

15.    What amount of front pay, if any, do you award to Plaintiff, Marnie O'Brien?

**RESPONSE:** _____

**Please proceed to Section "Compensatory Damages."**

<u>**Compensatory Damages**</u>

16.    What amount of compensatory damages, if any, do you award to Plaintiff, Marnie O'Brien?

**RESPONSE:** _____

<u>**Punitive Damages**</u>

17.    Has the Plaintiff, Marnie O'Brien, proven by a preponderance of the evidence that management of, Defendant, The Middle East Forum, acted maliciously, with an intent to harm, or recklessly, with serious disregard for Plaintiff's rights?

**RESPONSE:** _____ Yes          _____ No

**If you answered "No" to Question #17, STOP your deliberations on Section "Punitive Damages" and proceed to Section "Aiding and Abetting." If you answered "Yes" to Question #17 go to Question #18.**

18. What amount of punitive damages, if any, do you award to Plaintiff, Marnie O'Brien?

**RESPONSE:** _____

**Please proceed to Section "Aiding and Abetting"**

### Aiding and Abetting

19. If you Answered "Yes" to Question 10, what amount of damages, if any, do you award against Defendant, Gregg Roman?

**RESPONSE:** _____

20. If you Answered "Yes" to Question 11, what amount of damages, if any, do you award against Defendant, Daniel Pipes?

**RESPONSE:** _____

**Please proceed to Section "Abuse of Process"**

### Abuse of Process

21. If you Answered "Yes" to Question 12, what amount of actual damages, if any, do you award to Defendant, Gregg Roman?

**RESPONSE:** _____

6

22. If you Answered "Yes" to Question 12, what amount of punitive damages, if any, do you award to Defendant, Gregg Roman?

**RESPONSE:** _____

**PLEASE SIGN THE FORM BELOW AND NOTIFY THE DEPUTY CLERK THAT YOU HAVE REACHED A VERDICT.**

_____ _____
DATED                                                            FOREPERSON

## CERTIFICATE OF SERVICE

I, Jakob Williams, Esquire, hereby certify that on July 16, 2021, the foregoing document was served upon the following parties via CMECF Electronic Filing:

Erica A. Shikunov, Esquire
Susan Keesler, Esquire
Derek Smith Law Group, PLLC
1835 Market Street, Suite 2950
Philadelphia, PA 19103
erica@dereksmithlaw.com
susan@dereksmith.com

                              */s/ Jakob Williams*
                              Jakob Williams, Esq.