IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARNIE O'BRIEN,<br>            Plaintiff,<br><br>        v.<br><br>THE MIDDLE EAST FORUM, *et al.,*<br>            Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>: | Civil No. 2:19-cv-06078-JMG |

**ORDER**

**AND NOW**, this 4th day of August, 2021, it is **ORDERED** that select portions of the transcripts as indicated in the log notes on Friday, July 30, 2021 in the above-captioned case are **SEALED AND IMPOUNDED** until further Order of this Court.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge