IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARNIE O'BRIEN,<br>          Plaintiff,<br><br>     v.<br><br>THE MIDDLE EAST FORUM, *et al.,*<br>          Defendants. | :<br>:<br>:<br>:      Civil No. 2:19-cv-06078-JMG<br>:<br>:<br>: |

**AMENDED ORDER**

**AND NOW**, this 4th day of August, 2021, it is **ORDERED** that all transcripts that have under seal portions for this trial in the above-captioned case are **SEALED** and **IMPOUNDED** until further order of this court. Counsel of record for any party in this case may have access to the transcript or transcripts without seeking permission from the court.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge