IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARNIE O'BRIEN, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 2:19-cv-06078 |
| | : | |
| THE MIDDLE EAST FORUM, *et al.,* | : | |
| Defendants. | : | |

## CIVIL JUDGMENT

AND NOW, this  6th  day of  August , 2021, in accordance with the final unanimous JUDGMENT of the Jury;

IT IS ORDERED that Judgment is entered in favor of:

DEFENDANTS on Count I of Plaintiff Complaint

DEFENDANTS on Count II of Plaintiff Complaint

COUNTER DEFENDANT on Count I of the Counter Claimant Complaint

BY THE COURT:

ATTEST:

*/s/ Christine C. Stein*
*Deputy Clerk*