```
                   UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF PENNSYLVANIA

MARNIE O'BRIEN,              .   Case No. 2:19-cv-06078-JMG
                             .
         Plaintiff,          .
                             .   U.S. Courthouse
    v.                       .   504 W. Hamilton Street
                             .   Allentown, PA 18101
THE MIDDLE EAST FORUM        .
et al.,                      .
                             .
         Defendants.         .
                             .   August 6, 2021
. . . . . . . . . . . . . .      9:04 a.m.

           TRANSCRIPT OF TRIAL - DAY SEVEN - VERDICT
              BEFORE HONORABLE JOHN M. GALLAGHER
                 UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiff:      ERICA A. SHIKUNOV, ESQ.
                        POND LEHOCKY STERN GIORDANO
                        2005 Market Street, 18th Floor
                        Philadelphia, PA 19103

                        SUSAN C. KEESLER, ESQ.
                        DEREK SMITH LAW GROUP PLLC
                        1835 Market Street, Suite 2950
                        Philadelphia, PA 19103


For the Defendants:     MARGARET M. DIBIANCA, ESQ.
                        JAKOB F. WILLIAMS, ESQ.
                        CLARK HILL PLC
                        Two Commerce Square
                        2001 Market Street, Suite 2620
                        Philadelphia, PA 19103

                        JONATHAN R. CAVALIER, ESQ.
                        COZEN O'CONNOR
                        1900 Market Street
                        Philadelphia, PA 19103

Audio Operator:         CHRISTINE C. STEIN

TRANSCRIBED BY:         NEAL R. GROSS
```

```
             Proceedings recorded by electronic sound
     recording, transcript produced by transcription service.
```

**I N D E X**

**PAGE**

| | |
|---|---|
| JURY VERDICT READ | 6 |
| JURY POLLED | 7 |
| COURT ADJOURNED | 10 |

1           DEPUTY STEIN:  All rise.  The United States District
2    Court for the Eastern District of Pennsylvania is now in
3    session, Judge John M. Gallagher presiding.
4           THE COURT:  Good morning, everyone.  Please be
5    seated.
6           I just wanted to report that at nine o'clock all the
7    jurors arrived, and they began or resumed their deliberations.
8    So they're next door working.
9           And that's what I have.  I don't have anything else.
10   I hope everyone got some rest after, you know, the work and the
11   stress that goes into, you know, a day like, well, a week like
12   this.
13          All good?  All right.  Mr. Williams, you good over
14   there?
15          MR. WILLIAMS:  I've got some sleep scheduled for
16   Tuesday.
17          THE COURT:  Well, my question is did you sleep last
18   night?  Because if the answer is no, then I know I have some
19   more briefs to read.
20          MR. WILLIAMS:  I didn't, but I wasn't briefing,
21   Judge.  I think the earliest they'll let me file is about 7:30.
22          THE COURT:  Oh, that -- I'm glad for you, and
23   selfishly I'm glad for me.  And for Mr. Fisher.
24          All right.  So just if we know how to reach you.  If
25   you know, Ms. Stein can give you a shout and you can be with --

```
 1   here, in case there's another question or anything comes up.
 2   All right?
 3              MR. WILLIAMS:  Thank you, Your Honor.
 4              THE COURT:  Thanks, folks.  Nice to see everybody.
 5              DEPUTY STEIN:  All rise.  Court is in recess.
 6              (Whereupon, the above-entitled matter went off the
 7   record at 9:05 a.m. and resumed at 1:12 p.m.)
 8              DEPUTY STEIN:  All rise.  The Court is again in
 9   session.
10              THE COURT:  Good afternoon, everybody.  Please be
11   seated.  Folks, I suspect word has filtered out to you.  We
12   have a verdict.  And we'll bring the jury in momentarily.
13              I'm reminding everybody, both sides, there will be no
14   outbursts in the courtroom when the verdict is read, whatever
15   it is.  Okay?
16              Anything we need to discuss?
17              Ms. Stein?
18              DEPUTY STEIN:  Yes.
19              THE COURT:  All right.  Please bring in the jury.
20              DEPUTY STEIN:  All rise for the jury.
21              (THE JURY ENTERED THE COURTROOM.)
22              THE COURT:  Please be seated, everybody.  Mr.
23   Foreman, would you please rise?
24              JUROR 2:  Yes, Your Honor.
25              THE COURT:  Sir, I understand the jury has a verdict?
```

```
 1                    JUROR 2:  That is correct, Your Honor.
 2                    THE COURT:  Ms. Stein, would you please retrieve the
 3       verdict from the Jury Foreman?
 4                    You may be seated.  Thank you.
 5                    Okay, Ms. Stein, would you take the verdict?
 6                                     VERDICT
 7                    DEPUTY STEIN:  Count One of the Plaintiff Complaint,
 8       gender discrimination pursuant to Title 7 of the Civil Rights
 9       Act of 1964.  Has the Plaintiff Marnie O'Brien proven by a
10       preponderance of the evidence that she was subjected to sexual
11       harassment by Defendant Gregg Roman and that this harassment
12       was motivated by her gender?  No.
13                    Count Two of the Plaintiff Complaint, gender
14       discrimination pursuant to the Pennsylvania Human Relations
15       Act.  Has the Plaintiff Marnie O'Brien proven beyond a
16       preponderance of the evidence that she was subjected to sexual
17       harassment by the Defendant Gregg Roman, and that this
18       harassment was motivated by her gender?  No.
19                    Count One of the Counterclaim, abuse of process.  Has
20       the Counterclaim Plaintiff Gregg Roman proven by a
21       preponderance of the evidence that the Counterclaim Defendant
22       Marnie O'Brien used the legal process for an improper purpose
23       which caused Mr. Roman harm?  No.
24                    THE COURT:  And is that verdict signed by the
25       Foreperson, signed and dated, Ms. Stein?
```

```
 1                 DEPUTY STEIN:  Yes, it is.
 2                 THE COURT:  Mr. Foreman, will you please stand?  Is
 3     that a true and accurate and unanimous verdict as rendered by
 4     you and the members of the jury on this date?
 5                 JUROR 2:  Yes, Your Honor.
 6                 THE COURT:  Does Plaintiff's counsel wish to poll the
 7     jury?
 8                 MS. SHIKUNOV:  Yes, we do, Your Honor.
 9                 THE COURT:  Ms. Stein?
10                            JURY POLLED
11                 DEPUTY STEIN:  Please be seated.  Juror Number One,
12     please rise.  Do you agree with the verdict as stated by the
13     Foreperson?
14                 JUROR 1:  Yes.
15                 DEPUTY STEIN:  Please be seated.  Juror Number Two,
16     please rise.  Do you agree with the verdict as stated by the
17     Foreperson?
18                 JUROR 2:  I do.
19                 DEPUTY STEIN:  Please be seated.  Juror Number Three,
20     please rise.  Do you agree with the verdict as stated by the
21     Foreperson?
22                 JUROR 3:  I do.
23                 DEPUTY STEIN:  Please be seated.  Juror Number Four,
24     please rise.  Do you agree with the verdict as stated by the
25     Foreperson?
```

1                JUROR 4:  I do.
2                DEPUTY STEIN:  Thank you.  Please be seated.  Juror
3    Number Six, do you agree -- thank you, please rise.  Do you
4    agree with the verdict as stated by the Foreperson?
5                JUROR 6:  I do.
6                DEPUTY STEIN:  Thank you.  Please be seated.  Juror
7    Number Seven, please rise.  Do you agree with the verdict as
8    stated by the Foreperson?
9                JUROR 7:  Yes.
10               DEPUTY STEIN:  Thank you.  Please be seated.  And,
11   Juror Number Eight, please rise.  Do you agree with the verdict
12   as stated by the Foreperson?
13               JUROR 8:  I do.
14               DEPUTY STEIN:  Thank you.  Please be seated.
15               THE COURT:  Thank you, Ms. Stein.  Ladies and
16   gentlemen of the jury, the Court accepts your verdict and will
17   enter it into the record of this case.
18               On behalf of myself and my staff and the parties in
19   this case, thank you again for your service.  Your jury service
20   is now complete.
21               Please return to your lives and your loved ones with
22   our admiration and our sincere gratitude.  You may remove the
23   jury.
24               DEPUTY STEIN:  All rise for the jury.
25               (THE JURY LEFT THE COURTROOM.)

1          THE COURT:  Please be seated, everybody.  Ladies and
2  gentlemen, the jury has spoken.  Is there anything anyone wants
3  to say before we adjourn?
4          MS. SHIKUNOV:  Are we permitted to speak with the
5  jurors, Your Honor?
6          THE COURT:  I intend to inform the jurors that they
7  may, at their choice, speak to the jury.  It will be up -- I'm
8  sorry, speak to counsel.  It will be up to them.
9          I have no idea what -- what their preference is.
10         MS. SHIKUNOV:  Okay.
11         THE COURT:  It seems to vary in every case.  All
12 right, counsel, both sides, I told you this before, and I'll
13 tell you it again, your clients were well represented in this
14 case.
15         And I wish everyone on both sides the best of luck
16 going forward.  Okay?
17         Good afternoon.
18         DEPUTY STEIN:  All rise.  This Court is adjourned.
19                        * * * * *
20
21
22
23
24
25

C E R T I F I C A T E

      I, court approved transcriber, certify that the foregoing is a correct transcript from the official electronic sound recording of the proceedings in the above-entitled matter.

_____  August 9, 2021
Neal R. Gross

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433   WASHINGTON, D.C. 20005-3701   www.nealrgross.com