# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARNIE O'BRIEN,<br>        Plaintiff,<br><br>    v.<br><br>THE MIDDLE EAST FORUM, *et al.,*<br>        Defendants. | Civil No. 2:19-cv-06078-JMG |

## ORDER

**AND NOW**, this 10th day of September, 2021, upon consideration of Plaintiff's Motion for New Trial (ECF No. 150), and Defendants' opposition thereto (ECF No. 159), **IT IS HEREBY ORDERED** that, for the reasons set forth in the accompanying Memorandum, Plaintiff's Motion (ECF No. 150) is **DENIED**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge