UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARNIE O'BRIEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 19-06078 JMG |
| v. | ) |
| | ) |
| MIDDLE EAST FORUM, | ) |
| DANIEL PIPES (individually), and | ) |
| GREGG ROMAN (individually), | ) |
| | ) |
| Defendants. | ) |
| | ) |
| GREGG ROMAN, | ) |
| | ) |
| Counterclaim Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MARNIE O'BRIEN, | ) |
| | ) |
| Counterclaim Defendant. | ) |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Please withdrawal the appearance of Kevin Levine, Esq., of Clark Hill PLC, as counsel for Defendant Gregg Roman in the above-captioned matter. Margaret M. DiBianca, Esq., and Jakob Williams, Esq., of Clark Hill PLC will continue to represent Defendant Roman in this matter.

CLARK HILL PLC

*/s/ Kevin Levine*
Kevin Levine, Esq. (PA Bar No. 326492)
Two Commerce Square
2001 Market Street, Ste. 2620
Philadelphia, PA 19103
P: (215) 640-8500
Klevine@clarkhill.com

*Attorneys for Defendant and Counterclaim Plaintiff Gregg Roman*

Dated:  November 17, 2021

264454621.v1

## CERTIFICATE OF SERVICE

I, Kevin Levine, Esquire, hereby certify that on November 17, 2021, the foregoing document was served upon the following parties:

*Via Electronic Filing*
Erica A. Shikunov, Esquire
Susan Keesler, Esquire
Derek Smith Law Group, PLLC
1835 Market Street, Suite 2950
Philadelphia, PA 19103
erica@dereksmithlaw.com
susan@dereksmithlawgroup.com

Jonathan R. Cavalier, Esq.
Leigh Ann Benson, Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
jcavalier@cozen.com
lbenson@cozen.com


*/s/ Kevin Levine*
Kevin Levine, Esq.